PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
03-CR-101-001

DOCKET NUMBER (Rec. Court)
04-10280

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Idalia Castro<br>98 Bradford Street, 2nd Floor<br>Lawrence, MA 01841 | NORTHERN DISTRICT OF NEW YORK | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable David N. Hurd, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/7/03   TO 11/6/07 |

OFFENSE

Conspiracy to Possession with Intent to Distribute and Distribution of Cocaine Base
21 U.S.C. §841 (a)(b)(1)(B)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "NORTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 10, 2004   Utica, N.Y.
Date                                    United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Massachusetts

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Sept 15, 2004
Effective Date                          William G. Young
                                        United States District Judge