UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 04-10280-RWZ |
| | ) | |
| IDALIA CASTRO | ) | |

**NOTICE OF APPEARANCE OF S. WAQAR HASIB**

Please enter the appearance of Assistant United States Attorney S. Waqar Hasib for the United States of America in the above-captioned matter.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                               By:   /s/ S. Waqar Hasib
                                          S. WAQAR HASIB
                                          Assistant U.S. Attorney

Date: July 17, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ S. Waqar Hasib
S. WAQAR HASIB
Assistant U.S. Attorney

Date: July 17, 2006