AO 442    (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

UNITED STATES OF AMERICA

V.

IDALIA CASTRO

**WARRANT FOR ARREST**

Case     04CR10280-RWZ

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    IDALIA CASTRO
                                                                                           Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complain    ☐ Order of court    ☐ Violation      X  Probation Violation Petition

charging him or her     (brief description of offense)

failure of defendant to participate in a substance abuse program; failure of defendant to refrain from narcotics; and failure of defendant to report to Probation as directed.

in violation of    18    United States Code, Section(s)      3606

LISA A. UR[...]
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

5/23/06 BOSTON
Date and Location

Bail fixed at $ _____ by _____
                                                      Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant

LAWRENCE, MASS
WARRANT EXECUTED BY USMS
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 7/13/06

| DATE RECEIVED 7/13/06 | NAME AND TITLE OF ARRESTING OFFICER Francis P. Dawson Jr. Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 7/13/06 | | |